**PSD**
BOSTON   NEW YORK
www.psdfirm.com
**POLLACK SOLOMON DUFFY LLP**
737 Third Ave . 32nd Floor . New York, NY 10017
212.493.3100
prakhunov@psdfirm.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2019
```

December 12, 2019

**Filed Via ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

**MEMO ENDORSED**

Re:   *DGI-BNSF Corp. v TRT LeaseCo, LLC*,
      Civil Action No. 18-cv-3252-VEC

**Request to Change Time of Final Pretrial Conference**

Dear Judge Caproni,

We write on behalf of the plaintiff DGI-BNSF Corp. to respectfully request that the Final Pretrial Conference scheduled for 2:00 p.m. on March 18, 2020, be moved to 3:30 p.m. on the same date. Counsel for the defendant assents to this request.

Respectfully submitted,

/s/ Phillip Rakhunov
Phillip Rakhunov

cc:   Barry S. Pollack
      Counsel for the Defendant (via ECF)

Application GRANTED.

SO ORDERED.    Date: 12/12/2019

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE