

**RUBERRY STALMACK & GARVEY, LLC**

10 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
Main (312) 466-8050 | Fax (312) 466-8055
www.ruberry-law.com

ALEXANDER R. HESS
Direct (312) 466-7271
alex.hess@ruberry-law.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _03/03/2020_

March 2, 2020

**Via ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 1007

## MEMO ENDORSED

**Re:    *DGI-BNSF Corp. v. TRT LeaseCo, LLC***
**Case No. 1:18-cv-03252-VEC**
**U.S. District Court, Southern District of New York**

Dear Judge Caproni:

I represent Defendant, TRT LeaseCo, LLC ("TRT"), in this matter.  I respectfully submit, on behalf of TRT and Plaintiff, DGI-BNSF Corp. ("DGI"), this joint letter motion for a one-day extension of time, until March 3, 2020, for the Parties to submit the highlighted searchable transcript of the deposition of Larry Swets (Exhibit 1 to the Parties' Joint Pretrial Order).  Neither TRT nor DGI would be prejudiced by this extension.  Therefore, TRT and DGI respectfully request that the Court grant this joint motion.

Thank you.

Best regards,

Alexander R. Hess

ARH
cc:    Phillip Rakhunov (via ECF)
       Barry S. Pollock (via ECF)

Application GRANTED.

SO ORDERED.                    Date: 03/03/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE