```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   DGI-BNSF CORP.,                                       :

                                      Plaintiff,   :

                                                  :          18-CV-3252 (VEC)

                      -against-                             :

                                                  :          <u>ORDER</u>

   TRT LEASECO, LLC,                          :

                                       Defendant.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on April 13, 2018, DGI-BNSF Corp. filed this action against TRT LeaseCo, LLC;

       WHEREAS the trial in this action is set to begin on November 16, 2020, at 10:00 A.M., Dkt. 85;

       WHEREAS the parties submitted a proposed joint pretrial order on March 2, 2020, *see* Dkt. 77; and

       WHEREAS on Thursday, September 10, 2020, the parties appeared for a telephonic hearing in a related lawsuit, *TRT LeaseCo, LLC v. DGI-BNSF Corp.*, 20-CV-5257;

       IT IS HEREBY ORDERED that by no later than **Friday, September 18, 2020**, the parties must submit a joint letter stating whether they would like to amend the previously submitted proposed joint pretrial order, *see* Dkt. 77.  If the parties do wish to amend the joint pretrial order, the parties must do so by no later than **Friday, October 2, 2020**.

       IT IS FURTHER ORDERED that the parties must indicate in their joint letter, due by no later than **Friday, September 18, 2020**, whether they wish to be referred for a settlement

conference before Magistrate Judge Barbara Moses.  Were both parties to indicate that they wish to do so, this Court will issue a referral to Magistrate Judge Moses for a settlement conference.

**SO ORDERED.**

Date:  September 15, 2020
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**

2