USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/02/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  DGI-BNSF CORP.,                                 :
                                                        :
                                     Plaintiff,    :
                                                        :       18-CV-3252 (VEC)
                          -against-                    :
                                                        :              <u>ORDER</u>
  TRT LEASECO, LLC,                     :
                                                          :
                                    Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS a final pretrial conference is scheduled for October 29, 2020;

        WHEREAS a settlement conference before Magistrate Judge Moses is scheduled for November 4, 2020;

        IT IS HEREBY ORDERED that the final pretrial conference currently scheduled for October 29, 2020 is adjourned to **Friday, November 6, 2020, at 2:00 P.M.** The Court reminds the parties that the updated proposed findings of fact and conclusions of law and the updated joint pretrial order is due no later than Friday, October 16, 2020.

**SO ORDERED.**

Date: October 2, 2020
      New York, New York

                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**