USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   DGI-BNSF CORP.,                                      :

                                    Plaintiff,       :

                                                   :      18-CV-3252 (VEC)

                  -against-                    :

                                                   :           <u>ORDER</u>

   TRT LEASECO, LLC,                           :

                                                   :

                                   Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on October 23, 2020, the parties appeared for a telephone conference;

       IT IS HEREBY ORDERED that the parties must meet and confer to agree upon a proposal for trial procedure, including a final list of attendees (counsel, client representatives, and witnesses), whether each person will be attending the trial in person or remotely, the agreed upon technological platform for remote testimony or questioning, and the desired method for handling exhibits in the case of remote witness testimony or remote attorney questioning.  The joint proposal must be filed by no later than **Friday, October 30, 2020**.  The finalized trial procedures will be determined at the final pretrial conference.  The Court will then connect the parties with the SDNY audiovisual department to work out the logistics of implementing the final trial procedures.

       IT IS FURTHER ORDERED that for those individuals attending the trial in person, they must report on **Monday, November 16, 2020, at 10:00 A.M.** to the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  The courtroom will be determined at a date closer to trial.  Per the Southern District of New York ("SDNY") COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must

complete a questionnaire and have his or her temperature taken.  Only those individuals who meet the entry requirements established by the questionnaire, including that they have not traveled to a listed state or country for the prior 14 days, will be permitted entry.  Please see the enclosed instructions.

      IT IS FURTHER ORDERED that the final pretrial conference will be held via Skype on **Friday, November 6, 2020 at 2:00 P.M.**  Any interested members of the public may attend the conference by dialing 1-917-933-2166 and using the conference ID 819980292.  Counsel for the parties will be sent the link to access the Skype video conference by email.

**SO ORDERED.**

**Date:  October 23, 2020**  
      **New York, New York**

                                        **VALERIE CAPRONI**  
                                        **United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.