USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
  DGI-BNSF CORP.,                            :
                                             :
                       Plaintiff,            :
                                             :         18-CV-3252 (VEC)
             -against-                       :
                                             :              ORDER
                                             :
  TRT LEASECO, LLC,                          :
                                             :
                       Defendant.            :
------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS a trial in this matter is scheduled to begin on Monday, November 16, 2020;

IT IS HEREBY ORDERED that for those individuals attending the trial in person, they must report on Monday, November 16, 2020, at 10:00 A.M. to **Courtroom 318** of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that any interested members of the public may listen to the proceeding remotely by dialing 1-703-552-8058 and using conference code 416587.

**SO ORDERED.**

Date: **November 11, 2020**
   **New York, New York**

                    _____
                    **VALERIE CAPRONI**
                    **United States District Judge**