USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
DGI-BNSF CORP.,

                              Plaintiff,

               -against-

TRT LEASECO, LLC,

                             Defendant.
-------------------------------------------------------------- X

18-CV-3252 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS a bench trial in this matter was conducted between Monday, November 16, 2020 and Friday, November 20, 2020; and

WHEREAS the trial has not yet concluded;

IT IS HEREBY ORDERED that the trial will re-commence on **Monday, November 30, 2020, at 10:00 A.M.** using the Trail Graphix platform.

IT IS FURTHER ORDERED that if the parties reach a resolution of this matter they must promptly notify Chambers.

IT IS FURTHER ORDERED that any interested members of the public may listen to the proceeding remotely by dialing 1-703-552-8058 and using conference code 416587. Recording the trial is strictly prohibited.

**SO ORDERED.**

Date: November 23, 2020
      New York, New York

                                             **VALERIE CAPRONI**
                                             **United States District Judge**