```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  DGI-BNSF CORP.,                                                   :

                                      Plaintiff,      :

                                                   :       18-CV-3252 (VEC)

                  -against-                         :

                                                   :       <u>ORDER</u>

  TRT LEASECO, LLC,                     :

                                                     :

                                     Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on December 11, 2020, a bench trial in this matter concluded;

       IT IS HEREBY ORDERED that the parties must email Chambers electronic versions of all exhibits admitted into evidence during the trial by no later than **Friday, February 5, 2021**.

       IT IS FURTHER ORDERED that the parties must file revised proposed findings of fact and conclusions of law that cite to the trial record by no later than **Friday, February 5, 2021**.

       IT IS FURTHER ORDERED that if the parties reach a resolution of this matter, they must promptly notify Chambers.

**SO ORDERED.**

                                                                    _____

**Date:  December 11, 2020**                                  **VALERIE CAPRONI**
        **New York, New York**                                 **United States District Judge**